**Michael E. KENNEDY, Plaintiff–Appellant,**

v.

**UNITED STATES PAROLE COMMIS-SION; Chairman Isaac Fulwood, Jr.; Vice–Chairman Cranston J. Mitchell; Commissioner Patricia K. Cushwa; J. Patricia Wilson Smoot, Defendants–Appellees.**

No. 13–7722.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 20, 2014.

Decided: Feb. 26, 2014.

Michael E. Kennedy, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

### PER CURIAM:

Michael Edward Kennedy appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Kennedy v. United States Parole Comm'n*, No. 1:13–cv–00019–CCB, 2013 WL 4517270 (D.Md. Aug. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*